HONORABLE RONALD B. LEIGHTON

FILED ____ LODGED
____ RECEIVED
APR 05 2017
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IRA RAY HARTFORD IV,

    Plaintiff,

v.

CITY OF ELMA, et al.,

    Defendants.

CASE NO. C15-5927RBL

ORDER

THIS MATTER is before the Court on two motions: Plaintiff Hartford's Motion to Compel [Dkt. #35] and Hartford's Motion "for parties and claims to be joined" [Dkt. #37].

The former asks the Court to compel the remaining Defendants to communicate and cooperate with Hartford in scheduling and completing the Fed. R. Civ. P. 26(f) conference.

Absent court order, that conference need not be in person, and a phone conference is typically more efficient. The parties' attorneys and any unrepresented parties are "jointly responsible" for arranging the conference and for attempting in good faith to agree on the various topics required to be addressed.

Thus, Hartford should address his efforts to the defendants' attorney, not the individual defendants. And the defendants' attorney should already be communicating with Hartford to

1  *jointly* arrange, conduct, and report to the Court about the conference. Fed. R. Civ. P. 26(f)(2).
2  The Court will not specifically compel such efforts, but expects they will be completed within 30
3  days of this Order. The Motion to Compel is otherwise DENIED without prejudice.

4  The second motion is indecipherable. Most of it appears to have nothing to do with this
5  case, and it does not articulate what exactly he wants the Court to do. Some of it is aimed at the
6  remaining defendants, but other parts continue to discuss the wrongs that Hartford claims the
7  City (dismissed, with prejudice) committed against him, possibly in some other litigation.

8  The Court will treat the motion as one for reconsideration of its dismissal of the Elma
9  defendants. That motion is DENIED.

10  Plaintiff Hartford has also filed two letters [Dkt. #s 38 and 39] making various demands
11  and accusations about the court and the clerk, his apparent disagreement with the Court's ruling
12  that he was not entitled to *in forma pauperis* status, and other matters. These too are impossible
13  to read and understand. If and to the extent they are intended to be motions to the Court, they are
14  DENIED. They will not be addressed further. Finally, Hartford has filed a "Grand Jury
15  Summons" [Dkt. # 41]. He demands a trial by a grand jury and joinder of unidentified parties
16  and claims. If and to the extent that summons is a motion, it is DENIED.

17  IT IS SO ORDERED.
18  Dated this 5th day of April, 2017.

20  Ronald B. Leighton
21  United States District Judge